Christina McRAE v. WESTERN AIR LINES, Inc., a Corporation.

No. 3223.

Circuit Court of Appeals, Tenth Circuit.

July 15, 1946.

William H. DeParcq and Robert J. McDonald, both of Minneapolis, Minn., and Rawlings, Wallace & Black, of Salt Lake City, Utah, for appellant.

Forrest A. Betts, of Los Angeles, Cal., and Arthur E. Moreton, of Salt Lake City, Utah, for appellee.

Before PHILLIPS, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Judgment of the district court reversed and remanded on authority of opinion in Bratt et al. v. Western Air Lines, Inc., 10 Cir., 155 F.2d 850.

John M. BALLIET, Appellant, v. GROUP OF INSTITUTIONAL INVESTORS HOLDING FIRST AND REFUNDING MORTGAGE 5% GOLD BONDS OF MISSOURI PACIFIC RAILROAD COMPANY.

No. 13370.

Circuit Court of Appeals, Eighth Circuit.

July 8, 1946.

Jesse W. Barrett and Harold S. Cook, both of St. Louis, Mo., for appellant.

Jacob Chasnoff, of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed at costs of appellant, on stipulation of counsel for respective parties.

Dorsey Willard McMAHAN, Appellant, v. UNITED STATES of America.

No. 13404.

Circuit Court of Appeals, Eighth Circuit.

July 22, 1946.

Dorsey Willard McMahan, pro se.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed, on motion of appellee.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. Ben SAMUELS, d/b/a National Bag Company.

No. 13366.

Circuit Court of Appeals, Eighth Circuit.

July 22, 1946.

David A. Morse, Gen. Counsel, National Labor Relations Board, and A. Norman Somers, Asst. Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement and motion of petitioner to enter decree.